Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Third World Media, LLC

FILED
10 SEP 17 PM 3:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

GAF (Ex)

Third World Media, LLC, a California limited liability company,

Plaintiff,

v.

DOES 1-~~58~~ 10,

Defendants,

CV10 6963
CASE NO.

COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES AND PROFITS FOR COPYRIGHT INFRINGEMENT; AND DEMAND FOR JURY TRIAL

Plaintiff Third World Media, LLC (sometimes referred to herein as "TWM" or as "Plaintiff") for its Complaint against Defendants Doe 1 through Doe ~~58~~ 10 (sometimes referred to herein collectively as "Defendants") alleges as set forth below.

## NATURE OF THE CLAIM, JURISDICTION AND VENUE

1. This is an action for copyright infringement under the United States Copyright Act, 17 U.S.C. §§ 101 etc. Jurisdiction of this Court over this action is conferred by 28 U.S.C. § 1338(a)..

2. Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to the Plaintiff at this time, on information and belief, each Defendant may be found in this District, and/or the acts complained of herein occurred and/or have a significant effect within this District. The owner of the intangible property which Defendants have infringed has its principal place of business within this District. Therefore, venue in this Court is proper in accordance with 28 U.S.C. §§ 1391(b) and 1400(a).

## THE PARTIES

3. Plaintiff TWM is a limited liability company duly formed and existing under the laws of California, and has a principal place of business at 9644 Lurline Avenue, Chatsworth, California 91311.

4. The true names of Defendants are unknown to the Plaintiff at this time. Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by his or her Internet Service Provider on the date and at the time at which the infringing activity of each Defendant was observed. The IP address of each Defendant, together with the date and time at which his or her infringing activity was observed, is included on **Exhibit A** which is attached hereto. Plaintiff believes that information obtained in discovery will lead to the identification of each Defendant's true name and address, and permit Plaintiff to amend this Complaint to state the same.

**COUNT I**

***COPYRIGHT INFRINGEMENTS UNDER 17 U.S.C. §§ 101 ETC.***

5. Plaintiff repeats and reincorporates the allegations set forth in paragraphs 1-4 above.

6. Plaintiff TWM is a motion picture production company. Plaintiff TWM is, and at all relevant times TWM has been, the owner of the copyrights and/or the owner of the exclusive rights under the copyrights in the United States in each of the motion pictures identified in **Exhibit A**.

7. Each of the motion pictures identified in **Exhibit A** is an original work that may be copyrighted under United States law. Each of those motion pictures is the subject of a valid Certificate of Registration issued by the United States Copyright Office. In **Exhibit A** the copyright registration number for each motion picture is set forth directly under the title of the motion picture.

8. With respect to each motion picture identifed in **Exhibit A**, Plaintiff has either published or licensed for publication all copies of the Motion Picture in compliance with the copyright laws.

9. **Exhibit A** identifies on a Defendant-by-Defendant basis (one Defendant per row) the copyrighted motion picture, and the registration number of the copyright for that motion picture, that each Defendant has, without the permission or consent of the Plaintiffs, reproduced and has distributed to the public. When a Defendant has done so with respect to more than one motion picture, the Defendant is listed again in an additional row. **Exhibit A** also sets out the Internet Protocol ("IP") address associated with each Defendant, the identity of Intenet Service Provider associated with the IP address, the last-observed date and time ("Timestamp") that the infringement by that Defendant was observed, and the software protocol used by the Defendant. Further in this regard, Plaintiff is informed and believes that each of the Defendants, without the permission or

consent of Plaintiff, has used, and continues to use, an online media distribution system (sometimes referred to as a "peer to peer" network or a "P2P" network) to reproduce at least one copy of the motion picture listed in the same row as the Doe indentifier for that Defendant in **Exhibit A,** and to distribute to the public, including by making available for distribution to others, copies of the such motion picture. In doing so, each Defendant has violated, and continues to violate, Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of the Plaintiff's exclusive rights in the identified motion picture protected under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.).

10. Each of the Defendant's acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

11. Plaintiff has suffered both money damages and irreparable harm as a result of each Defendant's infringement of Plaintiff's copyrights in the respecitve motion pictures identified in **Exhibit A**. In addition, discovery may disclose that one or more of the Defendants obtained profits as a result of such infringement.

12. As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504, and to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

13. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, the Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyright and ordering that each Defendant destroy all copies of the Motion Picture made in violation of the Plaintiffs' copyrights.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court enter judgment against each Defendant as follows:

A. For a judgment that such Defendant has infringed Plaintiff's copyright in the motion pictures identified in **Exhibit A**;

B. For entry of preliminary and permanent injunctions providing that such Defendant shall be enjoined from directly or indirectly infringing the Plaintiffs' rights in the motion picture, including without limitation by using the Internet to reproduce or copy the motion pictures identified in **Exhibit A**, to distribute such motion pictures, or to make the motion pictures available for distribution to anyone, except pursuant to a lawful license or with the express authority of Plaintiffs;

C. For entry of preliminary and permanent mandatory injunctions providing that such Defendant shall destroy all copies of the motion pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of the motion picture transferred onto any physical medium or device in Defendant's possession, custody, or control;

D. For entry of judgment that such Defendant shall pay actual damages and profits, or statutory damages, pursuant to 17 U.S.C. § 504, at the election of Plaintiff;

E. For entry of judgment that such Defendant shall pay Plaintiff's costs;

F. For entry of judgment that such Defendant shall pay Plaintiff's reasonable attorney fees; and

G. For entry of judgment that Plaintiff have such other relief as justice may require and/or as otherwise deemed just and proper by this Court.

Respectfully submitted,

Date: September 17, 2010

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Third World Media, LLC

**JURY DEMAND**

Plaintiff hereby demands trial by jury on all issues so triable.

Respectfully submitted,

Date: September 17, 2010

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Third World Media, LLC

**EXHIBIT A**

# Exhibit A

Table of Last-Observed Infringements by Defendants of Copyrights in the Motion Pictures that Are the Subject of Third World Media, LLC's Copyright Registrations

| Defen-dant | Internet Protocol Address (IP) | Internet Service Provider (ISP) | Motion Picture Title/ Copyright Registration No. | Timestamp (North American Eastern Time) | Software |
|---|---|---|---|---|---|
| Doe 1 | 108.13.181.198 | Verizon Internet Services | Teen Brazil #8 Reg. No. PA 1-672-947 | 05/20/2010 12:23:02 PM | BitTorrent |
| Doe 2 | 108.13.187.71 | Verizon Internet Services | Teen Brazil #8 Reg. No. PA 1-672-947 | 06/28/2010 02:21:21 AM | BitTorrent |
| Doe 3 | 173.51.102.126 | Verizon Internet Services | Teen Brazil #8 Reg. No. PA 1-672-947 | 05/27/2010 05:35:42 AM | BitTorrent |
| Doe 4 | 173.51.197.173 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 04/20/2010 02:44:14 PM | BitTorrent |
| Doe 5 | 173.51.29.202 | Verizon Internet Services | Japanese Cougars Gone Wild #2 Reg. No. PA 1-643-372 | 03/07/2010 12:59:57 PM | BitTorrent |
| Doe 6 | 173.55.159.76 | Verizon Internet Services | Japanese Cougars Gone Wild #2 Reg. No. PA 1-643-372 | 04/14/2010 07:11:44 PM | BitTorrent |
| Doe 7 | 173.55.190.236 | Verizon Internet Services | Bangkok Suckee Fuckee #7 Reg. No. PA 1-670-068 | 06/28/2010 08:00:43 AM | BitTorrent |
| Doe 8 | 173.58.209.18 | Verizon Internet Services | Bangkok Suckee Fuckee #5 Reg. No. PA 1-600-060 | 06/02/2010 12:52:24 AM | BitTorrent |
| Doe 8 | 173.58.209.18 | Verizon Internet Services | Bangkok Suckee Fuckee #7 Reg. No. PA 1-670-068 | 06/03/2010 11:17:39 PM | BitTorrent |
| Doe 9 | 173.58.216.82 | Verizon Internet Services | She Male Samba Mania #1 Reg. No. PA 1-628-482 | 05/11/2010 09:42:49 PM | BitTorrent |
| Doe 10 | 173.60.134.87 | Verizon Internet Services | Bangkok Suckee Fuckee #7 Reg. No. PA 1-670-068 | 06/16/2010 09:43:51 PM | BitTorrent |
| Doe 11 | 173.60.149.214 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 05/25/2010 10:29:11 AM | BitTorrent |
| Doe 12 | 173.60.243.23 | Verizon Internet Services | Little Asian Transsexuals #5 Reg. No. PA 1-335-264 | 05/20/2010 01:59:35 PM | BitTorrent |
| Doe 13 | 71.102.129.8 | Verizon Internet Services | Little Asian Transsexuals #2 Reg. No. PA 1-626-161 | 04/03/2010 10:26:32 PM | BitTorrent |
| Doe 13 | 71.102.129.8 | Verizon Internet Services | Little Asian Transsexuals #6 Reg. No. PA 1-335-273 | 05/16/2010 07:52:29 PM | BitTorrent |
| Doe 14 | 71.104.89.15 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/28/2010 02:00:05 PM | BitTorrent |
| Doe 15 | 71.105.83.172 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 04/05/2010 04:36:57 AM | BitTorrent |
| Doe 16 | 71.106.153.251 | Verizon Internet Services | Japanese Cougars Gone Wild #2 Reg. No. PA 1-643-372 | 05/19/2010 08:22:40 AM | BitTorrent |
| Doe 17 | 71.108.127.33 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 04/14/2010 08:42:33 AM | BitTorrent |
| Doe 18 | 71.108.248.22 | Verizon Internet Services | Teen Brazil #8 Reg. No. PA 1-672-947 | 05/30/2010 04:48:01 PM | BitTorrent |
| Doe 19 | 71.108.65.188 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/05/2010 07:43:34 PM | BitTorrent |
| Doe 20 | 71.118.134.225 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 04/10/2010 09:13:49 PM | BitTorrent |
| Doe 21 | 71.118.5.58 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 04/25/2010 07:30:03 AM | BitTorrent |
| Doe 22 | 71.177.130.136 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 04/02/2010 12:37:40 AM | BitTorrent |

| | | | | | |
|---|---|---|---|---|---|
| Doe 23 | 71.177.152.88 | Verizon Internet Services | She Male Samba Mania #1 Reg. No. PA 1-628-482 | 06/26/2010 06:52:51 PM | BitTorrent |
| Doe 24 | 71.189.130.188 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/15/2010 12:18:36 PM | BitTorrent |
| Doe 25 | 72.67.123.151 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 04/23/2010 12:35:36 AM | BitTorrent |
| Doe 26 | 72.71.11.195 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/15/2010 04:07:35 PM | BitTorrent |
| Doe 27 | 74.100.102.80 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/28/2010 10:06:09 PM | BitTorrent |
| Doe 28 | 74.100.41.158 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 05/21/2010 04:43:17 AM | BitTorrent |
| Doe 29 | 74.100.97.132 | Verizon Internet Services | She Male Samba Mania #1 Reg. No. PA 1-628-482 | 04/19/2010 02:34:31 AM | BitTorrent |
| Doe 30 | 96.240.42.47 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/23/2010 10:41:50 PM | BitTorrent |
| Doe 31 | 96.247.109.167 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/17/2010 10:01:37 PM | BitTorrent |
| Doe 32 | 96.251.132.90 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 03/18/2010 01:14:11 AM | BitTorrent |
| Doe 33 | 96.251.49.172 | Verizon Internet Services | Little Asian Transsexuals #5 Reg. No. PA 1-335-264 | 04/26/2010 03:18:02 AM | BitTorrent |
| Doe 34 | 98.112.136.227 | Verizon Internet Services | Bangkok Suckee Fuckee #5 Reg. No. PA 1-600-060 | 05/03/2010 07:15:08 PM | BitTorrent |
| Doe 35 | 98.112.154.147 | Verizon Internet Services | Teen Brazil #8 Reg. No. PA 1-672-947 | 05/19/2010 07:51:22 AM | BitTorrent |
| Doe 36 | 98.112.159.215 | Verizon Internet Services | Bangkok Suckee Fuckee #7 Reg. No. PA 1-670-068 | 06/27/2010 05:38:06 PM | BitTorrent |
| Doe 37 | 98.119.187.110 | Verizon Internet Services | Miss Big Ass Brazil #4 Reg. No. PA 1-625-566 | 02/27/2010 10:35:55 PM | BitTorrent |
| Doe 38 | 98.119.8.114 | Verizon Internet Services | 10 Little Asians #14 Reg. No. PA 1-600-070 | 05/03/2010 03:00:40 PM | BitTorrent |

List of Copyrights in Complaint, continued from previous page:

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 1-628-482 | She Male Samba Mania #1 | Third World Media, LLC |
| PA 1-335-264 | Little Asian Transsexuals #5 | Third World Media, LLC |
| PA 1-626-161 | Little Asian Transsexuals #2 | Third World Media, LLC |
| PA 1-335-273 | Little Asian Transsexuals #6 | Third World Media, LLC |
| PA 1-600-070 | 10 Little Asians #14 | Third World Media, LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV10- 6963 GAF (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Third World Media, LLX

**DEFENDANTS**

Does 1-38 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Ira M. Siegel, Cal. State Bar No. 78142
email: irasiegel@earthlink.net, Tel: 310-435-7656, Fax:310-657-2187
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970, Beverly Hills, California 90210-4426

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No

☑ **MONEY DEMANDED IN COMPLAINT: $**Not specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 USC §§ 101 etc. Does 1-38 have infringed copyrights of Plaintiff Third World Media, LLC

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS**
PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☑ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV10 6963

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Does 1-38 are believed to reside in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** September 17, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |